GEORGE J. LARKE, JR.
JUDGE-DIVISION A

## 32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

**STATE OF LOUISIANA**

NO. _16c 769_

DIVISION "____"

**STATE OF LOUISIANA**

**VERSUS**

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC.

FILED: _5/17/10_

DEPUTY CLERK

### PETITION

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana, with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD, UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, LA 70802-6129; and

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the State of Louisiana, and can be served through its registered agent for service of process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, LA 70808.

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the Parish of Terrebonne, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The offense by Defendants of killing, catching, taking, possessing or injuring fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation has been committed in the Gulf of Mexico within the waters of the State of Louisiana, and the Parish of Terrebonne, which borders on the gulf, shall have territorial jurisdiction pursuant to La. R.S. 56:40.48.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56: 40.1 et seq. may be brought in the parish in which the violation occurred.

6.

The district attorney of the parish in which the violation occurred may bring a civil suit under La. R.S. 56:40.1 et seq. in the name of the state to recover civil penalties for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life unlawfully killed, caught, taken, possessed, or injured. La. R.S. 56:40.4.

## FACTUAL ALLEGATIONS

### 7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

### 8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

### 9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at the rate of approximately 210,000 gallons per day.

### 10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including Terrebonne Parish and the waters of the state in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife in the waters of the State of Louisiana, including Terrebonne Parish.

### 11.

The oil spill was caused by Defendants' failure to comply with applicable statutes and regulations governing the exploration and production of minerals and the containment, removal and remediation of pollutants and contaminants in the event of a discharge or release.

### 12.

Defendants at all times material herein owned the contents of the oil spill and/or caused the oil spill which continues to date to inflict death and injury to the fish, wild birds, wild

quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including Terrebonne Parish.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of the Title, or a regulation adopted pursuant to the Title, governing fish and wildlife. In addition Defendants may also be in violation of other state laws or regulations, and while in the act of violating these other state laws and regulations, have incidentally killed or injured any fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana, including Terrebonne Parish.

14.

The Defendants are jointly, severally, and in solido liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1 et seq. are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1 et seq. Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendants, jointly, severally and *in solido*, as follows:

a.   in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

b.   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.   Attorney's fees and costs of litigation;

d.   Such other and further relief available in the premises.

Respectfully Submitted:

Hon. Joseph L. Waitz, Jr. (LA Bar #17848)
**DISTRICT ATTORNEY TERREBONNE PARISH**
220 Courthouse Annex
7865 Main St.
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

**CALVIN C FAYARD, JR. APC**
Calvin C. Fayard, Jr. (LA Bar #5486)
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

**TALBOT, CARMOUCHE & MARCELLO**
Donald T. Carmouche, (LA Bar #2226)
Victor L. Marcello, (LA Bar # 9252)
John H. Carmouche, (LA Bar #22294)
Post Office Box 759
Gonzales, LA 70707-0759
(225) 644-7777 Telephone
(225) 644-5226 Facsimile

BY: _____

C. Berwick Duval, III, (LA Bar #5109)
Stanwood R. Duval (LA Bar #27732)
**DUVAL, FUNDERBURK, SUNDBERY,**
**LOVELL & WATKINS**
101 Wilson Ave.
P.O. Box 3017
Houma, LA 70361
(985) 876-6410 Telephone
(985) 851-1490 Facsimile

SERVICE INSTRUCTIONS:

PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE



SCANNED
MAY 1 0 2010



I. ROBERT (Bobby) BOUDREAUX
. Clerk

**OFFICE OF**
**CLERK OF COURT**
Ex-Officio Recorder and Notary Public
Parish of Terrebonne
HOUMA, LA.. 70361

PHONE 868-5660
P. O. Box 1569

    I, THE UNDERSIGNED DEPUTY CLERK OF THE THIRTY-SECOND JUDICIAL DISTRICT COURT OF THE
STATE OF LOUISIANA, IN AND FOR THE PARISH OF TERREBONNE, DO HEREBY CERTIFY THAT THE CIVIL
SUIT INDICIES DISCLOSE CIVIL SUITS IN THE NAME HEREIN-AFTER SET FORTH:

BP OIL

HAROLD K. TUMMEL AND RENEE
ROGERS, DERIVATIVELY ON BEHALF
BP P.L.C.
       PETITIONERS
VS. 160759
ANTHONY B. HAYWARD, ET AL
       DEFENDANTS,
AND
BP P.L.C., ET AL
       NOMINAL DEFENDANTS
FILED ON: 5/17/10

STATE OF LOUISIANA
VS. 160769
BP EXPLORATION & PRODUCTION, ETA L
DAMAGES
FILED ON: 5/17/10

    THE CIVIL SUIT INDICIES WERE CHECKED FROM MAY – JUNE, 2010.

IN TESTIMONY WHEREOF, WITNESS MY HAND AND OFFICIAL SEAL AT HOUMA, PARISH OF TERREBONNE,
LOUISIANA, THE 17TH DAY OF MAY, 2010 .

·DEPUTY CLERK OF COURT

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*A Resident of EAST BATON ROUGE Parish*

TO: BP PRODUCTS NORTH AMERICA INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: THE PRENTICE-HALL
   CORPORATION SYSTEM INC
   320 SOMERULOS STREET
   BATON ROUGE, LA 70802-6129

*You are hereby summoned to comply with the demand of the ORIGINAL*

*Petition A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 18TH day of MAY, 2010.*

I/Robert Boudreaux, Clerk of Court,

BY: _____
Deputy Clerk of Court

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____ , 20___

(L.S.) _____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| STATE OF LOUISIANA | STATE OF LOUISIANA |
| PARISH OF __EBR__ | PARISH OF _____ |
| Received on __5-21-10__ | Received on _____ |
| the within _____ | the within _____ |
| together with a true copy thereof and a true | together with a true copy thereof and a true copy of pleadings mentioned above and on the |
| copy of pleadings mentioned above and on the | _____ day of _____ , 20___. |
| __21__ day of __May__ , 20 _10_ | I served the same at the domicile of the said |
| I served the same on the said _____ | Situated in the Parish of _____ |
| __Corp System Inc__ , | LA. at about _____ miles from the courthouse of the |
| IN PERSON in the Parish of __EBR__ , | Parish of _____ , LA. |
| LA., at about _____ miles from the courthouse of | by leaving the said true copies in the hands of |
| The said Parish. | a person apparently over the age of 16 years, being and residing at the said domicile of the |
| WHEREOF, I make this my return on this | said _____ |
| day of _____ , 20___. | who was absent at the time of service as determined from the interrogation of the said |
| _____ | _____ ,relative thereto. |
| Deputy Sheriff | WHEREOF, I make this my return on this |
| | _____ day of _____ , 20___. |
| Parish of _____ | Deputy Sheriff |
| | Parish of _____ |

RETURN MAY 2 '6' 2010

_____
Deputy Clerk of Court

*Requested By: STANWOOD DUVAL*
*101 WILSON AVE.,P.O. BOX 3017, HOUMA,LA 70361*

FEE: $_____
MILEAGE: $_____
Total: $_____

RECEIVED

MAY 2 0 2010

E.B.R. SHERIFF'S OFFICE

SCANNED

MAY 2 7 2010

[ ORIGINAL ]

|

### Sid J. Gautreaux
### Sheriff East Baton Rouge Parish

Clerk of Court  Terrebonne Parish·
P.O. Box 1569

Houma, LA 70361

### DISTRICT COURT
For the Parish of East Baton Rouge
5/20/2010

---

Case: (55) 160769     LA STATE OF vs BP EXPLORATION AND PRODUCTION INC, ET AL
986,924

| Nbr | Date | Service Type | Charges |
|-----|------|--------------|---------|
| CIT | | | |
| 3 | 05/20/2010 | Mileage Charge | $3.12 |
| 3 | 05/20/2010 | Citation | $20.00 |
| | | BP PRODUCTS NORTH AMERICA INC THRU THE PRENTICE HALL; 320 Somerulos | |

| | | Case Total: | $23.12 |

---

| | Total: | $23.12 |

SCANNED
MAY 2 7 2010

```
Please make check payable to:
    Sid J. Gautreaux, Sheriff
        P.O. Box 3277
     Baton Rouge, LA 70821
```

```
PLEASE RETURN THIS BILL WITH CHECK
```

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



Case: 0160769
Division: A
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*A Resident of EAST BATON ROUGE Parish*

TO:  BP PRODUCTS NORTH AMERICA INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: THE PRENTICE-HALL
       CORPORATION SYSTEM INC
       320 SOMERULOS STREET
       BATON ROUGE, LA  70802-6129

*You are hereby summoned to comply with the demand of the ORIGINAL*

*Petition A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 18TH day of MAY, 2010.*

*I. Robert Boudreaux, Clerk of Court*

BY:  /s/ Dawn C. Verdin

*Deputy Clerk of Court*

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____ , 20___

(L.S.) _____
               *Deputy Clerk of Court*

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| *STATE OF LOUISIANA* | *STATE OF LOUISIANA* |
| *PARISH OF* _____ | *PARISH OF* _____ |
| *Received on* _____ | *Received on* _____ |
| *the within* _____ | *the within* _____ |
| *together with a true copy thereof and a true* | *together with a true copy thereof and a true* |
| *copy of pleadings mentioned above and on the* | *copy of pleadings mentioned above and on the* |
| _____ *day of* _____ , 20___ . | _____ *day of* _____ , 20___ . |
| *I served the same on the said* _____ | *I served the same at the domicile of the said* |
| _____ . | *Situated in the Parish of* _____ |
| *IN PERSON  in the Parish of* _____ , | *LA. at about* _____ *miles from the courthouse of the* |
| *LA., at about* _____ *miles from the courthouse of* | *Parish of* _____ , LA. |
| *The said Parish.* | *by leaving the said true copies in the hands of* |
| *WHEREOF, I make this my return on this* | *a person apparently over the age of 16 years,* |
| *day of* _____ , 20___ . | *being and residing at the said domicile of the* |
|  | *said* _____ |
|  | *who was absent at the time of service as* |
| _____ | *determined from the interrogation of the said* |
| *Deputy Sheriff* | _____ ,*relative thereto.* |
|  | *WHEREOF, I make this my return on this* |
| *Parish of* _____ | _____ *day of* _____ , 20___ . |
|  | _____ |
|  | *Deputy Sheriff* |
|  | *Parish of* _____ |

*RETURN AND FILED:*

_____

_____
*Deputy Clerk of Court*

|  |  |
|---|---|
| FEE: | $_____ |
| MILEAGE: | $_____ |
| Total: | $_____ |

*Requested By: STANWOOD DUVAL*
*101 WILSON AVE.,P.O. BOX 3017, HOUMA,LA 70361*

[ FILED COPY ]

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



Case: 0160769
Division: A
32nd Judicial District Court
Parish of Terrebonne
State of Louisiana

A Resident of *EAST BATON ROUGE* Parish
TO: BP AMERICA INC THROUGH ITS AGENT FOR SERVICE OF PORCESS: CT CORPORATION SYSTEM
5615 CORPORATE BLVD.,SUITE 400B
BATON ROUGE, LA 70808

You are hereby summoned to comply with the demand of the ORIGINAL

Petition A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.

Witness the Honorable Judges of said Court this 18TH day of MAY, 2010.

I/Robert Boudreaux, Clerk of Court

BY: _____ 
Deputy Clerk of Court

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____, 20___

(L.S.) _____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| *STATE OF LOUISIANA* | *STATE OF LOUISIANA* |
| *PARISH OF* _____ | *PARISH OF* _____ |
| *Received on* _____ | *Received on* _____ |
| *the within* _____ | *the within* _____ |
| *together with a true copy thereof and a true* | *together with a true copy thereof and a true copy of pleadings mentioned above and on the* |
| *copy of pleadings mentioned above and on the* | *_____ day of _____, 20___.* |
| _____ *day of* _____, 20___. | *I served the same at the domicile of the said* |
| *I served the same on the said* _____ | *Situated in the Parish of* _____ |
| _____, | *LA. at about _____ miles from the courthouse of the* |
| *IN PERSON in the Parish of* _____, | *Parish of* _____, LA. |
| *LA., at about _____ miles from the courthouse of* | *by leaving the said true copies in the hands of* |
| *The said Parish.* | *a person apparently over the age of 16 years,* |
| *WHEREOF, I make this my return on this* | *being and residing at the said domicile of the* |
| *day of* _____, 20___. | *said* _____ |
| | *who was absent at the time of service as* |
| | *determined from the interrogation of the said* |
| | _____,relative thereto. |
| *Deputy Sheriff* | *WHEREOF, I make this my return on this* |
| | *_____ day of _____, 20___.* |
| *Parish of* _____ | *Deputy Sheriff* |
| | *Parish of* _____ |

RETURN AND FILED:
MAY 26 2010

_____
Deputy Clerk of Court

Requested By: STANWOOD DUVAL
101 WILSON AVE.,P.O. BOX 3017, HOUMA,LA 7081

I made service on the CT Corporation by tendering a copy of this document to _____ FEE: $_____
FREDERICK THOMAS _____ MILEAGE: $_____
_____ Baton Rouge. Total: $_____
SCANNED
MAY 27 2010

RECEIVED
2 0 2010
SHERIFF'S OFFICE

[ ORIGINAL ]

**Sid J. Gautreaux**
**Sheriff East Baton Rouge Parish**

Clerk of Court  Terrebonne Parish
P.O. Box 1569

Houma, LA  70361

**DISTRICT COURT**
For the Parish of East Baton Rouge
5/20/2010

| Case: (55) 160769 | | LA STATE OF vs BP EXPLORATION AND PRODUCTION INC, ET AL | | |
|---|---|---|---|---|
| 986,924 | | | | |
| Nbr | Date | Service Type | | Charges |
| CIT | | | | |
| 2 | 05/20/2010 | Mileage Charge | | $9.36 |
| 2 | 05/20/2010 | Citation BP AMERICA INC.; 1 Ct; BATON ROUGE, LA 70809 | | $20.00 |
| | | | Case Total: | $29.36 |
| | | Total: | | **$29.36** |

SCANNED
MAY 2 7 2010

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

---

*A Resident of EAST BATON ROUGE Parish*

TO: *BP AMERICA INC THROUGH ITS AGENT FOR SERVICE OF PORCESS: CT CORPORATION SYSTEM*
*5615 CORPORATE BLVD,,SUITE 400B*
*BATON ROUGE, LA 70808*

*You are hereby summoned to comply with the demand of the ORIGINAL*

*Petition A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 18TH day of MAY, 2010.*

*I. Robert Boudreaux, Clerk of Court*

BY:_____**/s/ Dawn C. Verdin**_____

*A true copy:*

*Deputy Clerk of Court*

*Clerk's office, Houma, Louisiana*

_____, 20___

*(L.S.)* _____
*Deputy Clerk of Court*

---

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| *STATE OF LOUISIANA* | *STATE OF LOUISIANA* |
| *PARISH OF* _____ | *PARISH OF* _____ |
| *Received on* _____ | *Received on* _____ |
| *the within* _____ | *the within* _____ |
| *together with a true copy thereof and a true* | *together with a true copy thereof and a true* |
| *copy of pleadings mentioned above and on the* | *copy of pleadings mentioned above and on the* |
| | _____ *day of* _____, 20___. |
| _____ *day of* _____, 20___. | *I served the same at the domicile of the said* |
| *I served the same on the said* _____ | *Situated in the Parish of* _____ |
| | *LA. at about* _____ *miles from the courthouse of the* |
| _____, | *Parish of* _____, *LA.* |
| *IN PERSON in the Parish of* _____, | *by leaving the said true copies in the hands of* |
| *LA., at about* _____ *miles from the courthouse of* | *a person apparently over the age of 16 years,* |
| *The said Parish.* | *being and residing at the said domicile of the* |
| *WHEREOF, I make this my return on this* | *said* _____ |
| *day of* _____, 20___. | *who was absent at the time of service as* |
| | *determined from the interrogation of the said* |
| | _____, relative thereto. |
| | *WHEREOF, I make this my return on this* |
| _____ | _____ *day of* _____, 20___. |
| *Deputy Sheriff* | |
| | *Deputy Sheriff* |
| *Parish of* _____ | *Parish of* _____ |

*RETURN AND FILED:*

_____

_____
*Deputy Clerk of Court*

*Requested By: STANWOOD DUVAL*
*101 WILSON AVE.,P.O. BOX 3017, HOUMA,LA 70361*

|  |  |
|---|---|
| *FEE:* | $_____ |
| *MILEAGE:* | $_____ |
| *Total:* | $_____ |

*CITATION*

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*A Resident of EAST BATON ROUGE Parish*

TO: BP EXPLORATION & PRODUCTION INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION
SYSTEM
5615 CORPORATE BLVD.,SUITE 400B
BATON ROUGE, LA 70808

*You are hereby summoned to comply with the demand of the ORIGINAL*

*Petition A, true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 18TH day of MAY, 2010.*

J. Robert Boudreaux, Clerk of Court

BY: _____
Deputy Clerk of Court

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____, 20___

(L.S.) _____
Deputy Clerk of Court

## SHERIFF'S RETURN

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| *STATE OF LOUISIANA* | *STATE OF LOUISIANA* |
| PARISH OF _____ | PARISH OF _____ |
| Received on _____ | Received on _____ |
| the within _____ | the within _____ |
| | *together with a true copy thereof and a true* |
| *together with a true copy thereof and a true* | *copy of pleadings mentioned above and on the* |
| *copy of pleadings mentioned above and on the* | _____ day of _____, 20___. |
| | *I served the same at the domicile of the said* |
| _____ day of _____, 20___. | _____ |
| *I served the same on the said* _____ | *Situated in the Parish of* _____ |
| _____ | *LA. at about _____ miles from the courthouse of the* |
| _____, | *Parish of* _____, LA. |
| *IN PERSON in the Parish of* _____, | *by leaving the said true copies in the hands of* |
| *LA., at about _____ miles from the courthouse of* | *a person apparently over the age of 16 years,* |
| *The said Parish.* | *being and residing at the said domicile of the* |
| *WHEREOF, I make this my return on this* | *said* _____ |
| *day of* _____, 20___. | *who was absent at the time of service as* |
| | *determined from the interrogation of the said* |
| _____ | _____, relative thereto. |
| Deputy Sheriff | *WHEREOF, I make this my return on this* |
| | *day of* _____, 20___. |
| Parish of _____ | _____ |

RETURN AND FILED:
MAY 2 6 2010
_____
Deputy Clerk of Court

Requested By: STANWOOD DUVAL
101 WILSON AVE.,P.O. BOX 3017, HOUMA,LA 70361

[ ORIGINAL ]

SCANNED
MAY 2 7 2010

**Sid J. Gautreaux**
**Sheriff East Baton Rouge Parish**

Clerk of Court  Terrebonne Parish
P.O. Box 1569

Houma, LA  70361

**DISTRICT COURT**
For the Parish of East Baton Rouge
5/20/2010

| Case: (SS)  160769 | | LA STATE OF vs BP EXPLORATION AND PRODUCTION INC, ET AL | |
| --- | --- | --- | --- |
| 986,924 | | | |
| Nbr | Date | Service Type | Charges |
| CIT | | | |
| 1 | 05/20/2010 | Mileage Charge | $9.36 |
| 1 | 05/20/2010 | Citation | $20.00 |
| | | BP EXPLORATION AND PRODUCTION INC.; 1 Ct; BATON ROUGE, LA 70809 | |
| | | Case Total: | $29.36 |
| | | **Total:** | **$29.36** |

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

SCANNED
MAY 2 7 2010

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*A Resident of EAST BATON ROUGE Parish*
TO:  BP EXPLORATION & PRODUCTION INC THROUGH ITS AGENT FOR SERVICE OF PROCESS: CT CORPORATION
SYSTEM
*5615 CORPORATE BLVD.,SUITE 400B*
*BATON ROUGE, LA  70808*
*You are hereby summoned to comply with the demand of the ORIGINAL*

*Petition A, true and faithful copY whereof accompaniES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma, within fifteen (15) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default Judgment rendered against you.*

*Witness the Honorable Judges of said Court this 18TH day of MAY, 2010.*

*I. Robert Boudreaux, Clerk of Court*

BY:___**/s/ Dawn C. Verdin**___

*Deputy Clerk of Court*

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____ *, 20___*

*(L.S.)* _____
*Deputy Clerk of Court*

| SHERIFF'S RETURN | |
|---|---|
| **PERSONAL SERVICE** | **DOMICILIARY SERVICE** |
| *STATE OF LOUISIANA* | *STATE OF LOUISIANA* |
| *PARISH OF* _____ | *PARISH OF* _____ |
| *Received on* _____ | *Received on* _____ |
| *the within* _____ | *the within* _____ |
| *together with a true copy thereof and a true* | *together with a true copy thereof and a true* |
| *copy of pleadings mentioned above and on the* | *copy of pleadings mentioned above and on the* |
| _____ *day of* _____, *20__,* | _____ *day of* _____, *20__,* |
| *I served the same on the said* _____ | *I served the same at the domicile of the said* |
| _____ , | *Situated in the Parish of* _____ |
| *IN PERSON in the Parish of* _____ , | *LA. at about* _____ *miles from the courthouse of the* |
| *LA., at about* ____ *miles from the courthouse of* | *Parish of* _____ *, LA.* |
| *The said Parish.* | *by leaving the said true copies in the hands of* |
| *WHEREOF, I make this my return on this* | *a person apparently over the age of 16 years,* |
| *day of* _____, *20__.* | *being and residing at the said domicile of the* |
| | *said* _____ |
| _____ | *who was absent at the time of service as* |
| *Deputy Sheriff* | *determined from the interrogation of the said* |
| | _____ ,*relative thereto.* |
| *Parish of* _____ | *WHEREOF, I make this my return on this* |
| | _____ *day of* _____, *20__.* |
| | _____ |
| | *Deputy Sheriff* |
| | *Parish of* _____ |

*RETURN AND FILED:*

_____

*FEE:* $_____
*MILEAGE:* $_____
*Total:* $_____

_____
*Deputy Clerk of Court*

*Requested By: STANWOOD DUVAL*
*101 WILSON AVE.,P.O. BOX 3017, HOUMA,LA 70361*

[ FILED COPY ]

*CITATION (LONG ARM STATUTE)*

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

TO: *BP PLC*
*1 ST. JAMES'S SQUARE*
*LONDON SW1Y 4DP, UK*

*YOU ARE HEREBY SUMMONED to comply with the demand of the*

*Petition, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk Of Court at his office in the City of Houma, Louisiana within thirty (30) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*WITNESS THE HONORABLE JUDGES OF SAID COURT THIS 18TH day of MAY, 2010.*

*I. Robert Boudreaux, Clerk of Court*

*BY:*
*Deputy Clerk of Court*

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____, 20__

*(L.S.)* _____
*Deputy Clerk of Court*

*Requested by:*
*STANWOOD DUVAL*
*101 WILSON AVE.*
*P.O. BOX 3017*
*HOUMA, LOUISIANA 70361*
*(985)876-6410 TELEPHONE*

[ ORIGINAL ]

*CITATION (LONG ARM STATUTE)*

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32ⁿᵈ Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*TO:  BP PLC*
*1 ST. JAMES'S SQUARE*
*LONDON SW1Y 4DP, UK*

*YOU ARE HEREBY SUMMONED to comply with the demand of the*

*Petition, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk Of Court at his office in the City of Houma, Louisiana within thirty (30) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*WITNESS THE HONORABLE JUDGES OF SAID COURT THIS 18TH day of MAY, 2010.*

*I. Robert Boudreaux, Clerk of Court*

BY: /s/ Dawn C. Verdin

*Deputy Clerk of Court*

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____, 20__

(L.S.) _____

*Deputy Clerk of Court*

*Requested by:*
*STANWOOD DUVAL*
*101 WILSON AVE.*
*P.O. BOX 3017*
*HOUMA, LOUISIANA 70361*
*(985)876-6410 TELEPHONE*

[ FILED COPY ]

# LISKOW&LEWIS
A Professional Law Corporation

| | | |
|---|---|---|
| One Shell Square | 822 Harding Street | First City Tower |
| 701 Poydras Street, Suite 5000 | Post Office Box 52008 | 1001 Fannin Street, Suite 1800 |
| New Orleans, LA 70139 | Lafayette, LA 70505 | Houston, TX 77002 |
| (504) 581-7979 Main | (337) 232-7424 Main | (713) 651-2900 Main |
| (504) 556-4108 Fax | (337) 267-2399 Fax | (713) 651-2908 Fax |

www.Liskow.com

May 19, 2010                                        Emma J. Hinnigan          Direct: (504) 556-4183
                                                                            Direct Fax: (504) 566-5156
                                                                            ejhinnigan@Liskow.com

                                                                 **VIA FEDERAL EXPRESS**

Hon. I. Robert Boudreaux
Clerk of Court
Attn: Shannon - Records Room
32nd Judicial District
7856 Main Street
P.O. Box 1569
Houma, Louisiana 70361-1569

Re:    Parish of Terrebonne, 32nd JDC, No. 160759; and
       Parish of Terrebonne, 32nd JDC, No. 160769
       Our File No. 10451.084

Dear Shannon:

Enclosed please find our firm check in the amount of $60.00 as requested to receive copies of the
Petitions in Civil Action No. 160759 and 160769.

Please place a copy of each petition in the enclosed, Federal Express envelope which has been self-
addressed.

Kind regards,

Emma J. Hinnigan
EJH/bgs
Enclosure

853017_1.Doc

                                                            Done and Forwarded

                                                            MAY 2 0 2010



# King, Krebs & Jurgens, P.L.L.C.

### COUNSELORS AT LAW

201 ST. CHARLES AVENUE
45TH FLOOR
NEW ORLEANS, LOUISIANA 70170
TELEPHONE: (504) 582-3800
FAX: (504) 582-1233
E-MAIL: info@kingkrebs.com
www.kingkrebs.com

HENRY A. KING (1)
PATRICIA A. KREBS (2)
GEORGE B. JURGENS III
ROBERT J. BURNANT (1)
J. GRANT COLEMAN, LLM (2)(4)
ERIC E. JARRELL
LEN R. BROUSSARD (2)(4)(3)
TIMOTHY B. MADDEN
ROBERT J. STEFANI (3)(5)
JAMES B. BERCAW

LINDSAY A. LARSON III
DAVID A. STRAUSS (1)(3)
JEFFREY M. BURMASTER
ROBERT C. SCHRODER (3)
DOUGLAS P. MATTHEWS
MICHAEL L. VINCENZO
CHRISTIAN A. GARRETT, SR.
JOHN A. CANGELOSI
MICHAEL D. ROCHE

Of Counsel
FREDERICK W. BRADLEY
CHARLOTTE P. LIVINGSTON
BRENT M. BURNS

JOANNE MANTIS (4)
REBECCA H. DIETZ (2)(5)
BETH E. ABRAMSON
ADAM F. MASSEY
WILLIAM E. CODY (2)
MEGAN COLE MASKO (1)
SUSAN E. DINNEEN (2)(1)(4)
MONICA J. MANZELLA
MICHAEL J. CERNIGLIA (1)(5)

SARAH D. MONSOUR
ASHLEY P. GONZALEZ
SUSAN KELLER-GARCIA
PAUL O. VAN HOOSE
WILLIAM D. BOYLES
SHAUN A. CHANDWANI
ANDREW J. QUACKENBOS
RICHARD D. SERIO, JR.

HOUSTON OFFICE:
6363 Woodway, Suite 820
HOUSTON, TEXAS 77057
PHONE: (713) 354-5444
FAX: (713) 354-5823

AFFILIATED OFFICES:

NEW DELHI, INDIA
ATHENS, GREECE-

(1) ALSO ADMITTED IN TEXAS
(2) ALSO ADMITTED IN WASHINGTON D.C
(3) ALSO ADMITTED IN FLORIDA

(4) THE LAW OFFICES OF
CERTIFIED BY THE LOUISIANA
BOARD OF LEGAL SPECIALIZATION
(5) RECOGNIZED PATENT ATTORNEY
(6) ALSO ADMITTED IN GREECE

(1) ALSO ADMITTED IN NEW YORK
(2) ALSO ADMITTED IN ILLINOIS
(3) ADMITTED IN TEXAS ONLY

(4) ALSO ADMITTED IN MARYLAND
(5) ALSO ADMITTED IN TENNESSEE
(6) ALSO ADMITTED IN COLORADO

June 1, 2010

<u>VIA US Mail</u>
Clerk of Courts Terrebonne Parish
P.O. Box 1569
Houma, LA 70361

Attn: Shannon

Thank you for faxing over a copy of the petition for case number 160-769. Attached is the check for $10.00.

Thank you,

Melody Udoinyion
Law Clerk

*faxed on 5/28/10*

~~Done and Forwarded~~

JUN - 2 2010

*received money*

BARRASSO · USDIN · KUPPERMAN
FREEMAN & SARVER, L.L.C.
- COUNSELLORS AT LAW -

Connie L. Cosse'
Direct Dial: (504) 589-9791
E-Mail: ccosse@barrassousdin.com

Our File No.
12053

June 1, 2010

Terrebonne Parish Clerk of Court
Civil Records
32nd JDC
P.O. Box 1569
Houma, LA 70361

**Attn: Shannon**

Re:    Deepwater Horizon – Accident, April 20, 2010

Dear Shannon:

Thanks again for your assistance last week in the above-referenced matter. Per our conversations, please provide copies of the lawsuits numbered, 160769 and 160759. Please be sure to include all documents filed in each lawsuit.

Enclosed is this firm's check in the amount of $80.00 to cover all incurred costs.

Connie L. Cosse'
Paralegal

Done and Forwarded

JUN – 2 2010

CLC/
Enclosure

159842

**WAGNER & BAGOT, LLP**
COUNSELLORS AT LAW
POYDRAS CENTER - SUITE 2660
650 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130-6158
TELEPHONE (504) 525-2141
TELEFAX (504) 523-1587

June 2, 2010

729-01

Clerk of Court
32nd Judicial District Court
Terrebonne Parish
P. O. Box 1569
Houma, LA 70361-1569

ATTN: CIVIL RECORDS

Re:     BP Oil
        Transocean
        Anadarko

Dear Sir/Madam:                              160769

        Please conduct a records search for any lawsuits filed against the above referenced entities within the last month.  As instructed by your office, enclosed is our firm check in the amount of $75.00 (3 x $25 per entity) as payment for same. Please telefax any findings to the undersigned at 504-523-1587.

        Should you have any questions, please contact the undersigned.

        Thank you for your assistance in this matter.

                                Sincerely,

                                Linda T. Rholdon-Clement
                                Paralegal to Thomas J. Wagner

/ltr

Enclosure (check)

729-01/89030

                                                Done and Forwarded

                                                JUN - 3 2010



# ADAMS AND REESE LLP

Attorneys at Law
Baton Rouge
Birmingham
Houston
Jackson
Memphis
Mobile
Nashville
New Orleans
Washington, DC

Valeria M. Sercovich
(504) 585-0189
valerie.sercovich@arlaw.com

June 3, 2010

*Via Facsimile No. 985-868-5143*
*and United States Mail*
Clerk of Court
Terrebonne Parish
P. O. Box 1569
Houma, LA  70361-1569

**ATTN. Shannon**

Re:     *State of Louisiana v. BP*
        Terrebonne Parish Docket No. 160769

Dear Shannon:

Per your conversation with my secretary this morning, this letter serves as our request to obtain a copy of the petition filed in the above-referenced matter. Please fax a copy of the petition to my attention today. My fax number is 504-566-0210.

I am also enclosing a copy of our firm check in the amount of $10.00 to cover the copy cost.

Thank you so much for your assistance.

With kind regards, I remain

Very truly yours,

ADAMS AND REESE LLP

Valeria M. Sercovich

VMS/rye

Enclosure

*faxed on 6/3/10*

ADAMS AND REESE LLP

**4500 ONE SHELL SQUARE**
**New Orleans, LA 70139**
**Facsimile: (504) 566-0210**

# FACSIMILE TRANSMITTAL

DATE __6/3/2010__

Terrebonne Parish Clerk of Court
TO **ATTN. SHANNON**

RE *State of Louisiana v. BP*
Docket No. 160769

**From**

Valeria M. Sercovich

No. Pages
Transmitted   3

**MESSAGE**

Shannon,

Attached is a letter and our firm check in the amount of $10.00, which I am placing in the mail to you today. Per your conversation this morning with my secretary, please fax me a copy of the petition filed in the above-referenced matter today at fax no. 504-566-0210.

Thank you for your assistance.

| TRANSMITTAL INFORMATION | |
|---|---|
| User #       320 | If you did not receive the number of accompanying pages indicated, or experience any other transmission problems, please contact |
| Adams & Reese File Number       999-3265 | |
| Recipient Facsimile Telephone Number       985-868-5143 | **Yvonne Evans**  at 504-585-0334 |

CONFIDENTIALITY NOTICE

THE ACCOMPANYING FACSIMILE IS INTENDED SOLELY FOR THE USE OF THE RECIPIENT DESIGNATED ABOVE. DOCUMENT(S) TRANSMITTED HERE WITH MAY CONTAIN INFORMATION WHICH IS CONFIDENTIAL AND PRIVILEGED. DELIVERY, DISTRIBUTION OR DISSEMINATION OF THIS COMMUNICATION OTHER THAN TO THE INTENDED RECIPIENT IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS FACSIMILE IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE.

Form FS 1.1



C H A F F E   McC A L L
L. L. P.

Direct Dial No: 504-585-7207
Direct Fax No: 504-585-7075
E-mail:tindell@chaffe.com

June 4, 2010

Clerk of Court
Terrebonne Parish Courthouse
7856 E. Main Street
Houma, LA 70360

      Re:   Our File No. 36874

Ladies and Gentlemen:

     Please forward a copy of the petition in State of Louisiana v BP et al, Matter 160769, filed May 17, 2010; and Tummel V. Hayward, Matter 160759, filed May 17, 2010 as soon as possible to the undersigned.   I enclose a check for $53.00 to cover copying charges.

                        Sincerely,
                        //s//
                        Ted P. Tindell
                        Legal Assistant to
                        Katharine R. Colletta

KC/tpt
Enclosures

NEW ORLEANS OFFICE

Done and Forwarded

JUN 1 1 2010

1483315-1

## 32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

### STATE OF LOUISIANA

NO. 160769                                          DIVISION "A"

### STATE OF LOUISIANA

### VERSUS

### BP EXPLORATION AND PRODUCTION INC., ET AL

FILED:     JUN - 7 2010               _Holly O. Stoudot_

                                               **DEPUTY CLERK**

### (BY FAX TRANSMISSION)
### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF
### TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, come Defendants BP Exploration and Production, Inc., BP Products North America, Inc., BP America, Inc., and BP, PLC, which, without making a general appearance or waiving any defenses in this matter, respectfully move for an extension of time within which to file responsive pleadings to Plaintiff's Petition. Defendants represent as follows:

1.

Defendants make this motion pursuant to La. Code Civ. Proc. Art. 928(A), which provides that no declinatory or dilatory exception is waived by "the filing of any pleading seeking . . . [an] extension of time within which to plead . . . ."

2.

Plaintiff filed its Petition against BP Exploration and Production, Inc., *et al.*, on May 17, 2010. BP Exploration and Production, Inc. and BP Products North America, Inc. received service of process on May 21, 2010. Accordingly, those Defendants' responsive pleadings are due by Monday, June 7, 2010. To date, neither BP America, Inc. nor BP, PLC have been issued service of process. Nor, upon information and belief, have there been any affidavits filed in the record to that effect.

SCANNED
JUN 1 0 2010

**3.**

The Plaintiff informally granted Defendants a thirty-day extension of time to respond to Plaintiff's Petition, making Defendants' responses due on July 7, 2010.

**4.**

In order to investigate the allegations in Plaintiff's Petition, Defendants hereby request the Court to confirm the Plaintiff's offer and grant Defendants an extension of time to file responsive pleadings until July 7, 2010.

**5.**

Undersigned counsel certifies it has contacted Plaintiff's counsel, Calvin Fayard, and he consents to the Court's granting of this motion.

WHEREFORE, Defendants pray the Court grant its motion and extend Defendants' time to file responsive pleadings to the Plaintiff's Petition until July 7, 2010.

Respectfully submitted,

S. Gene Fendler (Bar #05510)
Robert Holden (Bar #06935)
Greg L. Johnson (Bar # 24477)
Stephen Wiegand (Bar #31362)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana  70139-5099
Telephone:  (504) 581-7979
Facsimile: (504) 556-4108


Paul M. Jones (Bar #19641)
Stuart Welch (Bar # 31359)
LISKOW & LEWIS
822 Harding Street
Lafayette, Louisiana 70505
Telephone: (337) 232-7424
Facsimile:(337) 267-2399

*Attorneys for BP Exploration and Production, Inc.,*
*BP Products North America, Inc., BP America Inc.,*
*and BP, PLC*

SCANNED
JUN 1 0 2010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon all counsel of record listed below by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed, this ____7th____ day of June, 2010.

> Hon. Joseph L. Waltz, Jr.
> District Attorney for Terrebonne Parish
> 220 Courthouse Annex
> 7865 Main Street
> Houma, LA 70360
>
> Calvin C. Payard, Jr. APC
> 519 Florida Avenue, S.W.
> Denham Springs, LA 70726
>
> C. Berwick Duval, III
> DUVAL, FUNDERBURK, SUNDBERY,
> LOVELL & WATKINS
> 101 Wilson Avenue
> Post Office Box 3017
> Houma, LA 70361
>
> Donald T, Carmouche
> Victor L. Marcello
> Talbot, Carmouche & Marcello
> Post Office Box 759
> Gonzales, LA 70707-0759
> 214 W. Cornerview Street
> Gonzales, LA 70707

057826_1.DOC

SCANNED
JUN 1 0 2010

## 32ND JUDICIAL DISTRICT COURT FOR THE PARISH OF TERREBONNE

### STATE OF LOUISIANA

NO. 160769                                            DIVISION "A"

### STATE OF LOUISIANA

### VERSUS

### BP EXPLORATION AND PRODUCTION INC., ET AL

FILED: _____ JUN ~ 7 2010 _____

(BY FAX TRANSMISSION)

DEPUTY/CLERK

### ORDER

Considering Defendants BP Exploration and Production, Inc., BP Products North America, Inc., BP America, Inc., and BP, PLC's foregoing Unopposed Motion for Extension of Time to File Responsive Pleadings,

IT IS ORDERED that Defendants BP Exploration and Production, Inc., BP Products North America, Inc., BP America, Inc., and BP, PLC are hereby granted an extension of time within which to file responsive pleadings to Plaintiff's Petition until July 7, 2010.

Terrebonne, Louisiana, this _____ day of June, 2010.

_____

SCANNED
JUN 1 0 2010

# LISKOW&LEWIS
A Professional Law Corporation

One Shell Square
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979 Main
(504) 556-4108 Fax

www.Liskow.com

June 7, 2010

822 Harding Street
Post Office Box 52008
Lafayette, LA 70505
(337) 232-7424 Main
(337) 267-2399 Fax

First City Tower
1001 Fannin Street, Suite 1800
Houston, TX 77002
(713) 651-2900 Main
(713) 651-2908 Fax

Stephen W. Wiegand

Direct: (504) 556-4192
swwiegand@Liskow.com

**VIA FACSIMILE (985) 868-8166**
Honorable I. Robert Boudreaux
Clerk of Court
32nd Judicial District Court for the
Parish of Terrebonne
7856 Main Street
Houma, LA 70360

Re:   *State of Louisiana v. BP Exploration and Production Inc., et al*
      32nd JDC No. 160769
      Our File: 10451,090

Dear Sir/Madam:

Attached please find the fax filing of Defendants BP Exploration and Production, Inc., BP Products North America, Inc., BP America, Inc. and BP, PLC's Unopposed Motion for Extension of Time to File Responsive Pleadings. As instructed, we will transmit the complete filing via U.S. mail, along with the necessary filing fees.

Thank you for your assistance. Please contact me if you have any questions.

Very truly yours,

Stephen W. Wiegand

SWW:ddt
Enclosure

cc:   Hon. Joseph L. Waitz, Jr., District Attorney Terrebonne Parish (via fax (985) 873-6510)
      Calvin C. Fayard, Jr. (via fax (225) 664-6925)
      Donald T. Carmouche (via fax (225) 644-5226)
      C. Berwick Duval III (via fax (985) 851-1490)

868488_1



SCANNED
JUN 3 0 2010

# LISKOW&LEWIS

A Professional Law Corporation

One Shell Square                                www.Liskow.com
701 Poydras Street, Suite 5000
New Orleans, LA 70139
(504) 581-7979 Main
(504) 556-4108 Fax

## Fax Transmittal

| | | | |
|---|---|---|---|
| **To:** | Hon. I Robert Boudreaux | **Total No. of Pages:** | 6 |
| | Clerk of Court | **Date/Time Sent:** | June 7, 2010 |
| **Company:** | 32nd JDC Parish of | **Client/Matter No.:** | 10451.090 |
| | Terrebonne | | |
| **Fax No.:** | (985) 868-8166 | | |
| | | | |
| **To:** | Hon. Joseph L. Waitz, Jr. | | |
| **Fax No.:** | (985) 873-6510 | | |
| | | | |
| **To:** | Calvin C. Fayard, Jr. | | |
| **Fax No.:** | (225) 664-6925 | | |
| | | | |
| **To:** | Donald T. Carmouche | | |
| **Fax No.:** | (225) 644-5226 | | |
| | | | |
| **To:** | C. Berwick Duval III | | |
| **Fax No.:** | (985) 851-1490 | | |
| | | | |
| **From:** | Stephen W. Wiegand | | |
| **Direct No.:** | (504) 556-4192 | | |
| **E-mail:** | swwiegand@liskow.com | | |

**Comments:**

The information contained in this facsimile message is legally privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this communication in error, please notify us immediately by telephone, and return the original message to us at the above address via the U.S. Postal Service.

868476_1

SCANNED

JUN 1 0 2010

· 32ND JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. 160769                                                      DIVISION "A"

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH
AMERICA, INC., and BP AMERICA, INC.

FILED: _____JUN - 9 2010_____            _____
                                                DEPUTY CLERK
            (BY FAX TRANSMISSION)

SUPPLEMENTAL AND AMENDED PETITION BEFORE ANSWER

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service of
process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana,
with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD,
UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498, to be served through
the Hague Convention or other process authorized in England;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service of
process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, La 70802-
6129; and,

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the
State of Louisiana, and can be served through its registered agent for service of process C T
Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808.

SCANNED
[JUN 1 1 2010]

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the waters of the Gulf of Mexico and/or the Parishes of St. Tammany, St. Bernard, Plaquemine, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermillion, Lafourche, and Cameron ("The Gulf Coast Parishes"), the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The Thirty Second Judicial District Court, Parish of Terrebonne has territorial jurisdiction of the claims asserted in this petition.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1, et seq. may be brought in the parish in which the violation occurred and/or under La. R.S. 56:48 within any parish bordering on the Gulf of Mexico.

6.

The undersigned district attorneys are authorized to bring the claims alleged in the petition in the name of the state pursuant to La. R.S. 56:40.4. Notwithstanding any allegation of this petition to the contrary, the claims asserted in this petition are limited to the claims for civil penalties specifically authorized by Subpart A-1 of Part II, Chapter 1 of Title 56 of the Louisiana Revised Statutes.

SCANNED
JUN 1 3 2010

## FACTUAL ALLEGATIONS

### 7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

### 8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

### 9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at a rate of approximately 1,000,000 or more gallons per day.

### 10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including the waters in the Gulf Coast Parishes and in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56, and/or regulations adopted pursuant to Title 56.

### 11.

The oil spill was caused by Defendants' and others acting under their authority and for whom they are liable as a matter of law. These acts include failure to comply with the provisions of Title 56 giving rise to civil penalties.

### 12.

Defendants at all times material herein owned and/or had responsibility for the contents of the oil spill and/or caused the oil spill. This spill continues to date to inflict death and injury to the

SCANNED
JUN 17 2010

fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana subject to the jurisdiction of the Gulf Coast Parishes.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56, or a regulation adopted pursuant to the Title, governing fish and wildlife.

14.

The Defendants are jointly, severally, and *in solido* liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1, *et seq.* are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1, *et seq.* Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein. The claims alleged herein are limited to claims in which the State of Louisiana is the real party in interest.

SCANNED
[JUN 1 7 2010

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally and *in solido*, as follows:

    a.   in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

    b.   Pre-judgment and post-judgment interest at the maximum rate allowable by law;

    c.   Attorney's fees and costs of litigation;

    d.   Any other relief permitted by the provisions of Subpart A-1 of Part II, Chapter 1 of Title 56 of the Louisiana Revised Statutes.

Respectfully Submitted:

C. Berwick Duval, II (La. Bar #5109)
Stanwood R. Duval (La. Bar #27732)
**DUVAL, FUNDERBURK,
SUNDBERY, LOVELL & WATKINS**
101 Wilson Ave.
P.O. Box 3017
Houma, LA 70361
(985) 876-6410 Telephone
(985) 851-1490 Fax

Honorable Joseph L. Waitz, Jr. (La. Bar #17848)
**DISTRICT ATTORNEY TERREBONE PARISH**
32nd Judicial District Court
220 Courthouse Annex
7865 Main Street
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

Honorable Walter Reed (La. Bar #2225)
**DISTRICT ATTORNEY ST. TAMMANY PARISH**
22nd Judicial District Court
Justice Center
701 N. Columbia Street
Covington, LA 70433
(985) 809-8383 Telephone
(985) 809-8329 Facsimile

Honorable J. Phil Haney (La. Bar #06516)
**DISTRICT ATTORNEY ST.MARY PARISH**
16th Judicial District Court
5th Floor Courthouse
500 Main St.
Franklin, LA 70538
(337) 828-4100 Telephone

SCANNED
JUN 1 7 2010

Tom W. Thornhill (La. Bar #12776)
**THORNHILL LAW FIRM, L.C.**
1308 Ninth Street
Slidell, LA 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

Calvin C. Fayard, Jr. (La. Bar #5486)
**CALVIN C FAYARD, JR. APC**
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

Donald T. Carmouche (La. Bar #2226)
Victor L. Marcello (La. Bar #9252)
John H. Carmouche (La. Bar #22294)
**TALBOT CARMOUCHE &MARCELLO**
P. O. Box 759
Gonzales, LA 70707-0759
(225) 644-7777Telephone
(225) 644-5226 Facsimile

**SERVICE INSTRUCTIONS:**

**PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE**

SCANNED
JUN 1 7 2010

## CERTIFICATION BY THE STATE OF LOUISIANA FOR THE BENEFIT OF THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

Pursuant to the provisions of La. R.S. 56: 40.1, et seq, the Louisiana Department of Wildlife and Fisheries does hereby approve and consent to the annexed Petition for civil penalties and to the jurisdiction and venue of this Court for prosecution of these proceedings and all related proceedings under R.S. 56:40.1 et seq, arising out of the rig explosion of April 20, 2010, and resulting oil spill, brought by the District Attorneys for the Parishes of St. Tammany, St. Bernard, Plaquemines, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermilion and Cameron, on behalf of the State and the Department, as expressly provided by law.

Donald W. Puckett
General Counsel
LA Dept. Wildlife and Fisheries
P.O. Box 98000
Baton Rouge, LA 70898-9000
(225)765-2971
(225)763-3530 (fax)
dpuckett@wlf.la.gov

SCANNED
JUN 1 7 2010

## CERTIFICATION BY THE STATE OF LOUISIANA FOR THE BENEFIT OF THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

Pursuant to the provisions of La. R.S. 56: 40.1, et seq, the Louisiana Department of Wildlife and Fisheries does hereby approve and consent to the annexed Petition for civil penalties and to the jurisdiction and venue of this Court for prosecution of these proceedings and all related proceedings under R.S. 56:40.1 et seq, arising out of the rig explosion of April 20, 2010, and resulting oil spill, brought by the District Attorneys for the Parishes of St. Tammany, St. Bernard, Plaquemines, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermilion and Cameron, on behalf of the State and the Department, as expressly provided by law.

Robert J. Barham
Secretary
LA Department of Wildlife and Fisheries
P.O. Box 98000
Baton Rouge, LA 70898-9000
(225) 765-2623 Telephone
(225) 765-2607 Fax

SCANNED
JUN 1 4 2010

LAW OFFICES

# DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS

*(A Professional Law Corporation)*

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL

101 WILSON AVENUE
P. O. BOX 3017
HOUMA, LOUISIANA 70361

June 8, 2010

CLAUDE B. DUVAL
(1914–1986)

Area Code 985
Telephone 876–6410
Fax 851–1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

Hon. I. Robert Boudreaux
Clerk of Court, Parish of Terrebonne
Post Office Box 1569
Houma, Louisiana 70361

Via Fax (985) 868-5143

Re:  State of Louisiana
     vs. no. 160769 – Division "A"
     BP Exploration & Production Inc., BP, PLC,
     BP Products North America, Inc. and BP America, Inc.

Dear Sir:

Please find enclosed an original and seven copies of a Supplemental and Amended Petition Before Answer in reference to the above captioned matter. It would be appreciated if you would file said document into the appropriate suit record, retain four copies for service and return the remaining copies in the self addressed stamped envelope.

Also enclosed is this firm's check in the amount of $200 to cover filing costs. Should you have any questions please do not hesitate to contact me.

Sincerely yours,

STANWOOD R. DUVAL

SRD/jbl
Enclosure

(BY FAX TRANSMISSION)

SCANNED
JUN 1 1 2010

32ND JUDICIAL DISTRICT COURT

STATE OF LOUISIANA

NO. 160769                                                          DIVISION "A"

STATE OF LOUISIANA

VERSUS

BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH
AMERICA, INC., and BP AMERICA, INC.

FILED: _____          _____
                                                DEPUTY CLERK

SUPPLEMENTAL AND AMENDED PETITION BEFORE ANSWER

NOW INTO COURT, comes Plaintiff, the State of Louisiana, to allege as follows:

1.

Made Defendants herein are:

(a) BP EXPLORATION & PRODUCTION INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service of
process C T Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808;

(b) BP, P.L.C., an English public limited company doing business in the State of Louisiana,
with its principal place of business and registered office 1 St James's Square, London SW1Y 4PD,
UK. Tel +44 (0)20 7496 4000. Registered in England and Wales No. 102498, to be served through
the Hague Convention or other process authorized in England;

(c) BP PRODUCTS NORTH AMERICA, INC., a foreign corporation authorized to do and
doing business in the State of Louisiana, and can be served through its registered agent for service of
process The Prentice-Hall Corporation System, Inc, 320 Somerulos Street, Baton Rouge, La 70802-
6129; and,

(d) BP AMERICA, INC., a foreign corporation authorized to do and doing business in the
State of Louisiana, and can be served through its registered agent for service of process C T
Corporation System, 5615 Corporate Blvd., Ste. 400B, Baton Rouge, La 70808.

SCANNED

JUN 10 2010

## JURISDICTION AND VENUE

2.

Within the State of Louisiana, the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of Title 56 (hereinafter referred to as "Title"), or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

3.

Within the waters of the Gulf of Mexico and/or the Parishes of St. Tammany, St. Bernard, Plaquemine, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermillion, Lafourche, and Cameron ("The Gulf Coast Parishes"), the Defendants have killed, caught, taken, possessed or injured fish, wild birds, wild quadruped, and other wildlife and aquatic life in violation of this Title, or a regulation adopted pursuant to this Title, or other Louisiana law or regulation.

4.

The Thirty Second Judicial District Court, Parish of Terrebonne has territorial jurisdiction of the claims asserted in this petition.

5.

Venue for the prosecution of this action in this district is proper under La. R.S. 56: 40.5 which provides that a suit for recovery of civil penalties brought under La. R.S. 56:40.1, *et seq.* may be brought in the parish in which the violation occurred and/or under La. R.S. 56:48 within any parish bordering on the Gulf of Mexico.

6.

The undersigned district attorneys are authorized to bring the claims alleged in the petition in the name of the state pursuant to La. R.S. 56:40.4. Notwithstanding any allegation of this petition to the contrary, the claims asserted in this petition are limited to the claims for civil penalties specifically authorized by Subpart A-1 of Part II, Chapter 1 of Title 56 of the Louisiana Revised Statutes.

SCANNED

JUN 10 2010

## FACTUAL ALLEGATIONS

7.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC., BP, PLC, BP PRODUCTS NORTH AMERICA, INC., and BP AMERICA, INC., were the owners of the MMS Mineral Lease G32306 (hereinafter sometimes referred to as the "Lease"), and the minerals produced from the "Lease".

8.

Upon information and belief, at all times material herein, BP EXPLORATION & PRODUCTION INC. was the operator of the Lease.

9.

On April 20, 2010, a fire, explosion and resulting spill of oil and other minerals, contaminants and/or pollution not yet identified occurred in the Gulf of Mexico, located approximately 52 miles southeast of the port of Venice, Louisiana (hereinafter sometimes referred to as the "oil spill"). The spill continues until today at a rate of approximately 1,000,000 or more gallons per day.

10.

The oil spill was uncontained and has entered into and continues to enter into the waters of the State of Louisiana, including the waters in the Gulf Coast Parishes and in the Gulf of Mexico, causing the unlawful killing, catching, taking, possessing or injuring of fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56, and/or regulations adopted pursuant to Title 56.

11.

The oil spill was caused by Defendants' and others acting under their authority and for whom they are liable as a matter of law. These acts include failure to comply with the provisions of Title 56 giving rise to civil penalties.

12.

Defendants at all times material herein owned and/or had responsibility for the contents of the oil spill and/or caused the oil spill. This spill continues to date to inflict death and injury to the

SCANNED

JUN 1 0 2010

fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in the waters of the State of Louisiana subject to the jurisdiction of the Gulf Coast Parishes.

13.

The Defendants have unlawfully killed, caught, taken, possessed, or injured fish, wild birds, wild quadrupeds, and other wildlife and aquatic life in violation of Title 56, or a regulation adopted pursuant to the Title, governing fish and wildlife.

14.

The Defendants are jointly, severally, and *in solido* liable to Plaintiff for the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured, plus attorney fees and costs of these proceedings. La. R.S. 56:40.1, et seq.

15.

The penalties and costs and attorney fees provided by La. R.S. 56:40.1, *et seq.* are in addition to any fine, forfeiture, other penalty, or costs imposed under any other provision of law. La. R.S. 56:40.7.

16.

Plaintiff asserts only those causes of action specifically pled in this petition, which causes of action arise solely under the provisions of La. R.S. 56:40.1, *et seq.* Notwithstanding any language in this petition to the contrary, plaintiff does not plead, and will never at any time in the future plead, any claim or cause of action arising under any federal law, and asserts no such claims or cause of action herein. To the extent any state law claims expressed or implied in this petition are preempted by federal law, such claims are not alleged herein. The claims alleged herein are limited to claims in which the State of Louisiana is the real party in interest.

SCANNED

JUN 1 0 2010

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand judgment against Defendants, jointly, severally and *in solido*, as follows:

a.  in a sum equal to the value of each fish, wild bird, wild quadruped, and other wildlife and aquatic life, unlawfully killed, caught, taken, possessed, or injured;

b.  Pre-judgment and post-judgment interest at the maximum rate allowable by law;

c.  Attorney's fees and costs of litigation;

d.  Any other relief permitted by the provisions of Subpart A-1 of Part II, Chapter 1 of Title 56 of the Louisiana Revised Statutes.

Respectfully Submitted:

C. Berwick Duval, II (La. Bar #5109)
Stanwood R. Duval (La. Bar #27732)
**DUVAL, FUNDERBURK,**
**SUNDBERY, LOVELL & WATKINS**
101 Wilson Ave.
P.O. Box 3017
Houma, LA 70361
(985) 876-6410 Telephone
(985) 851-1490 Fax

Honorable Joseph L. Waitz, Jr. (La. Bar #17848)
**DISTRICT ATTORNEY TERREBONE PARISH**
32nd Judicial District Court
220 Courthouse Annex
7865 Main Street
Houma, LA 70360
(985) 873-6500 Telephone
(985) 873-6510 Facsimile

Honorable Walter Reed (La. Bar #2225)
**DISTRICT ATTORNEY ST. TAMMANY PARISH**
22nd Judicial District Court
Justice Center
701 N. Columbia Street
Covington, LA 70433
(985) 809-8383 Telephone
(985) 809-8329 Facsimile

Honorable J. Phil Haney (La. Bar #06516)
**DISTRICTATTORNEY ST.MARY PARISH**
16th Judicial District Court
5th Floor Courthouse
500 Main St.
Franklin, LA 70538
(337) 828-4100 Telephone

SCANNED:

JUN 18 2010

JUN 18 2010

Deputy Clerk of Court
Parish of Terrebonne.

## CERTIFICATION BY THE STATE OF LOUISIANA FOR THE BENEFIT OF THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

Pursuant to the provisions of La. R.S. 56: 40.1, et seq, the Louisiana Department of Wildlife and Fisheries does hereby approve and consent to the annexed Petition for civil penalties and to the jurisdiction and venue of this Court for prosecution of these proceedings and all related proceedings under R.S. 56:40.1 et seq, arising out of the rig explosion of April 20, 2010, and resulting oil spill, brought by the District Attorneys for the Parishes of St. Tammany, St. Bernard, Plaquemines, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermilion and Cameron, on behalf of the State and the Department, as expressly provided by law.

Donald W. Puckett
General Counsel
LA Dept. Wildlife and Fisheries
P.O. Box 98000
Baton Rouge, LA 70898-9000
(225)765-2971
(225)763-3530 (fax)
dpuckett@wlf.la.gov

FILED

JUN 9 2010

Deputy Clerk of Court
Parish of Terrebonne LA

SCANNED

MAR 1 0 2012

Tom W. Thornhill (La. Bar #12776)
**THORNHILL LAW FIRM, L.C.**
1308 Ninth Street
Slidell, LA 70458
(985) 641-5010 Telephone
(985) 641-5011 Facsimile

Calvin C. Fayard, Jr. (La. Bar #5486)
**CALVIN C FAYARD, JR. APC**
519 Florida Avenue, S.W.
Denham Springs, LA 70726
(225) 664-4193 Telephone
(225) 664-6925 Facsimile

Donald T. Carmouche (La. Bar #2226)
Victor L. Marcello (La. Bar #9252)
John H. Carmouche (La. Bar #22294)
**TALBOT CARMOUCHE &MARCELLO**
P. O. Box 759
Gonzales, LA 70707-0759
(225) 644-7777Telephone
(225) 644-5226 Facsimile

**SERVICE INSTRUCTIONS:**

**PLEASE PREPARE CITATION
AND SERVE THE DEFENDANTS
AS SET FORTH ABOVE**

## CERTIFICATION BY THE STATE OF LOUISIANA FOR THE BENEFIT OF THE LOUISIANA DEPARTMENT OF WILDLIFE AND FISHERIES

Pursuant to the provisions of La. R.S. 56: 40.1, et seq, the Louisiana Department of Wildlife and Fisheries does hereby approve and consent to the annexed Petition for civil penalties and to the jurisdiction and venue of this Court for prosecution of these proceedings and all related proceedings under R.S. 56:40.1 et seq, arising out of the rig explosion of April 20, 2010, and resulting oil spill, brought by the District Attorneys for the Parishes of St. Tammany, St. Bernard, Plaquemines, Jefferson, Orleans, Terrebonne, St. Mary, Iberia, Vermilion and Cameron, on behalf of the State and the Department, as expressly provided by law.

Robert J. Barham
Secretary
LA Department of Wildlife and Fisheries
P.O. Box 98000
Baton Rouge, LA 70898-9000
(225) 765-2623 Telephone
(225) 765-2607 Fax

FILED
JUN -9 2010

Deputy Clerk of Court
Parish of Terrebonne.

SCANNED

JUN 10 2010

LAW OFFICES

## DUVAL, FUNDERBURK, SUNDBERY, LOVELL & WATKINS
*(A Professional Law Corporation)*
101 WILSON AVENUE
P. O. BOX 3017
HOUMA, LOUISIANA 70361

JAMES M. FUNDERBURK
SIDNEY C. SUNDBERY
C. BERWICK DUVAL, II
CLAYTON E. LOVELL
STANWOOD R. DUVAL

June 8, 2010

CLAUDE B. DUVAL
(1914–1986)

Area Code 985
Telephone 876–6410
Fax 851–1490
www.duvallawfirm.com
(see website for e-mail addresses)

OF COUNSEL
WILLIAM S. WATKINS

Hon. I. Robert Boudreaux
Clerk of Court, Parish of Terrebonne
Post Office Box 1569
Houma, Louisiana 70361

Via Fax (985) 868-5143

Re:   State of Louisiana
      vs. no. 160769 – Division "A"
      BP Exploration & Production Inc., BP, PLC,
      BP Products North America, Inc. and BP America, Inc.

Dear Sir:

Please find enclosed an original and seven copies of a Supplemental and Amended Petition Before Answer in reference to the above captioned matter. It would be appreciated if you would file said document into the appropriate suit record, retain four copies for service and return the remaining copies in the self addressed stamped envelope.

Also enclosed is this firm's check in the amount of $200 to cover filing costs. Should you have any questions please do not hesitate to contact me.

Sincerely yours,

STANWOOD R. DUVAL

SRD/jbl
Enclosure

FILED

JUN -9 2010

Deputy Clerk of Court
Parish of Terrebonne, LA

SCANNED

JUN 10 2010

*CITATION TO SUPPLEMENTAL PETITION*

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*A Resident of EAST BATON ROUGE Parish*

TO: *BP EXPLORATION & PRODUCTION INC THROUGH ITS AGENT, CT CORPORATION, FOR*
*SERVICE OF PROCESS*
*5615 CORPORATE BLVD.,SUITE 400B*
*BATON ROUGE, LA 70808*

*You are hereby summoned to comply with the demand of the ORIGINAL Supplemental and Amended Petition, A*
*true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or*
*other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma within the time*
*remaining for pleading to the original petition heretofore served upon you or within ten (10) days after service*
*hereof, whichever period is longer; and your failure to so comply will subject you to the penalty of having a*
*default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 10TH day of JUNE, 2010.*

*I. Robert Boudreaux, Clerk of Court*

BY: /s/ Della H. Authement

*Deputy Clerk of Court*

*A true copy:*

*Clerk's Office, Houma, La.* _____

_____ *Deputy Clerk*

---

## SHERIFF'S RETURN

*Received this original citation, together with a true and certified copy of same, and* _____ *true*
*and certified cop_____ of the _____ Supplemental and Amended Petition_____, addressed to* _____

_____

*And on* _____, 20___, *I served said certified copy of citation*
*and cop_____ of Petition_____ by handing same to* _____

_____

*Whereof I make my return at Houma, LA., this* _____, *day*
*of* _____, 20__.

| | |
|---|---|
| *Fee* $_____ | |
| *Mileage* $_____ | *Sheriff* |
| *Total* $_____ | |

*Returned and filed:*

_____

_____
*Deputy Clerk of Court*

*Requested By:STANWOOD R. DUVAL*

[ FILED COPY ]

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*A Resident of EAST BATON ROUGE Parish*

*TO: BP AMERICA INC THROUGH ITS AGENT C.T. CORPORATION SYSTEM FOR SERVICE OF*
    *PROCESS*
    *5615 CORPORATE BLVD.,SUITE 400B*
    *BATON ROUGE, LA 70808*

*You are hereby summoned to comply with the demand of the ORIGINAL Supplemental and Amended Petition, A*
*true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or*
*other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma within the time*
*remaining for pleading to the original petition heretofore served upon you or within ten (10) days after service*
*hereof, whichever period is longer; and your failure to so comply will subject you to the penalty of having a*
*default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 10TH day of JUNE, 2010.*

                                        *I. Robert Boudreaux, Clerk of Court*

                                  BY:___/s/ Della H. Authement_____

                                        *Deputy Clerk of Court*

*A true copy:*
    *Clerk's Office, Houma, La. _____, _____.*
    *_____ Deputy Clerk*

---

## *SHERIFF'S RETURN*

*Received this original citation, together with a true and certified copy of same, and _____true*
*and certified cop____ of the _____ Supplemental and Amended Petition_____, addressed to_____*

_____

*And on _____, 20___, I served said certified copy of citation*
*and cop_____ of Petition_____ by handing same to_____*

                        *.*

*Whereof I make my return at Houma, LA., this _____, day*
*of _____, 20__.*

*Fee        $_____*
*Mileage    $_____*                                    *Sheriff*
*Total      $_____*

*Returned and filed:*
_____

_____
*Deputy Clerk of Court*

                                  *Requested By:STANWOOD R. DUVAL*

[ FILED COPY ]

CITATION TO SUPPLEMENTAL PETITION

*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

---

*A Resident of EAST BATON ROUGE Parish*

TO: *BP PRODUCTS NORTH AMERICA INC THROUGH ITS AGENT, PRENTICE-HALL CORPORATION*
    *SYSTEM, INC., FOR SERVICE OF PROCESS*
    *320 SOMERULOS STREET*
    *BATON ROUGE, LA 70802-6129*

*You are hereby summoned to comply with the demand of the ORIGINAL Supplemental and Amended Petition, A true and faithful copY whereof accompanIES this citation, or to make an appearance by filing an answer or other pleading thereto, in writing, with the Clerk of Court at his office in the City of Houma within the time remaining for pleading to the original petition heretofore served upon you or within ten (10) days after service hereof, whichever period is longer; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*Witness the Honorable Judges of said Court this 10TH day of JUNE, 2010.*

I. Robert Boudreaux, Clerk of Court

BY: /s/ Della H. Authement

Deputy Clerk of Court

*A true copy:*
   *Clerk's Office, Houma, La.* _____, _____,
   _____ *Deputy Clerk*

---

## SHERIFF'S RETURN

*Received this original citation, together with a true and certified copy of same, and* _____*true*
*and certified cop____ of the _____ Supplemental and Amended Petition_____, addressed to* _____

_____
_____

*And on* _____*, 20___, I served said certified copy of citation*
*and cop_____ of Petition_____ by handing same to* _____

_____
_____

*Whereof I make my return at Houma, LA., this* _____*, day*
*of* _____*, 20__.*

Fee      $_____
Mileage  $_____                                                *Sheriff*
Total    $_____

*Returned and filed:*

_____
   .
_____
*Deputy Clerk of Court*
                                        *Requested By:STANWOOD R. DUVAL*

[ FILED COPY ]

*CITATION (LONG ARM STATUTE)*



*LOUISIANA STATE OF*

*Versus*

*BP EXPLORATION & PRODUCTION INC, ET AL*



*Case: 0160769*
*Division: A*
*32nd Judicial District Court*
*Parish of Terrebonne*
*State of Louisiana*

*TO: BP PLC*
*1 ST JAMES'S SQUARE*
*LONDON SW1Y 4DP, UK*

*YOU ARE HEREBY SUMMONED to comply with the demand of the*

*SUPPLEMENTAL AND AMENDING PETITION FILED ON JUNE 9TH, 2010*

*Petition, a true and faithful copy whereof accompanies this citation, or to make an appearance by filing an answer or other pleading thereto, in writing with the Clerk Of Court at his office in the City of Houma, Louisiana within thirty (30) days after the service hereof; and your failure to so comply will subject you to the penalty of having a default judgment rendered against you.*

*WITNESS THE HONORABLE JUDGES OF SAID COURT THIS 10TH day of JUNE, 2010.*

*I. Robert Boudreaux, Clerk of Court*

*BY:*

*Deputy Clerk of Court*

*A true copy:*

*Clerk's office, Houma, Louisiana*

_____, 20__

*(L.S.)* _____

*Deputy Clerk of Court*

*Requested by:*
*STANWOOD R. DUVAL*
*101 WILSON AVE.*
*HOUMA, LA 70361*

[ ORIGINAL ]

Dear Shannon with the Terrebonne Parish Clerk of Court's civil division,

As per our conversation, I am requesting copies of the petition (filed May 17, I believe) and the supplemental and amended petition (filed June 9) for docket # 160769, I believe entitled the State of Louisiana vs. BP.

My fax number is 985-898-4815 (that is a St. Tammany Parish area code).

Thank you so much,

Ben Alexander-Bloch

Benjamin Alexander-Bloch
Times-Picayune Staff Writer
(w) (985) 898-4827
(c) (504) 352-2552
(f) (985) 898-4815

Done and Forwarded

JUN 1 4 2010